# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

January 13, 2022

*By the Court*:

|  | PARK PLACE MASTER TENANT, LLC,<br>Plaintiff - Appellant |
|---|---|
| No. 21-3227 | v.<br><br>AMERICAN ZURICH INSURANCE COMPANY,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-02471<br>Northern District of Illinois, Eastern Division<br>District Judge Charles P. Kocoras | |

Upon consideration of the **STIPULATION OF DISMISSAL**, filed on January 12, 2022, by counsel for the appellant and counsel for the appellee,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy

Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**      (form ID: **137**)